```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16941
    TUBONIMI BOBMANUEL
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5803

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 03/08/2007 and was confirmed 08/20/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/22/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
N NEVILLE REID              NOTICE ONLY    NOT FILED          .00           .00
AMERICAN HOME MTG           CURRENT MORTG       .00           .00           .00
WELLS FARGO AUTO FINANCE    SECURED NOT I       .00           .00           .00
AMERICAN HOME MTG           MORTGAGE ARRE  27205.86           .00       1229.23
SECOND CITY CONSTRUCTION    SECURED         8152.00           .00       1352.88
WELLS FARGO BANK            SECURED NOT I       .00           .00           .00
COOK COUNTY TREASURER       SECURED         3000.00           .00        600.00
ALLSTATE INSURANCE COMPA    UNSECURED      NOT FILED          .00           .00
CREDIT COLLECTION SERVIC    NOTICE ONLY    NOT FILED          .00           .00
AMERICASH LOANS LLC         FILED LATE      1757.86           .00           .00
ARROW FINANCIAL SERVICES    UNSECURED      NOT FILED          .00           .00
FREEDMAN ANSEIMO LINDBER    NOTICE ONLY    NOT FILED          .00           .00
AT & T WIRELESS             UNSECURED      NOT FILED          .00           .00
COMMONWEALTH EDISON         UNSECURED      NOT FILED          .00           .00
DIVINE INFANT JESUS SCHO    UNSECURED      NOT FILED          .00           .00
ASSET ACCEPTANCE LLC        UNSECURED        913.82           .00           .00
ILLINOIS BELL               UNSECURED      NOT FILED          .00           .00
LOYOLA MEDICAL CENTER       UNSECURED      NOT FILED          .00           .00
MARRIOTT EMPLOYEE CREDIT    UNSECURED      NOT FILED          .00           .00
MARRIOTT EMPLOYEE CREDIT    UNSECURED      NOT FILED          .00           .00
MCLEOD USA                  UNSECURED      NOT FILED          .00           .00
AT & T BANKRUPCTY           UNSECURED      NOT FILED          .00           .00
STEVEN BARLBEN              UNSECURED      NOT FILED          .00           .00
T MOBIL                     UNSECURED      NOT FILED          .00           .00
US DEPT OF EDUCATION        UNSECURED           .00           .00           .00
VERIZON WIRELESS            UNSECURED      NOT FILED          .00           .00
WELLS FARGO FINANCIAL IN    UNSECURED       4052.53           .00           .00
OPTION ONE MORTGAGE         CURRENT MORTG       .00           .00           .00
OPTION ONE MORTGAGE         MORTGAGE ARRE   6835.02           .00        207.37
ROUNDUP FUNDING LLC         UNSECURED        493.38           .00           .00
SECOND CITY CONSTRUCTION    NOTICE ONLY    NOT FILED          .00           .00
OPTION ONE MORTGAGE         NOTICE ONLY    NOT FILED          .00           .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 16941 TUBONIMI BOBMANUEL

```
MELVIN J KAPLAN           DEBTOR ATTY    3,000.00                  3,000.00
TOM VAUGHN                TRUSTEE                                    460.52
DEBTOR REFUND             REFUND                                        .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  6,850.00

PRIORITY                                               .00
SECURED                                           3,389.48
UNSECURED                                              .00
ADMINISTRATIVE                                    3,000.00
TRUSTEE COMPENSATION                                460.52
DEBTOR REFUND                                          .00
                         ---------------    ---------------
TOTALS                   6,850.00                 6,850.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE